The Honorable Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 4, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 8, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 21, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 40, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 92, and DOES 1 THROUGH 500, <br><br> Defendants. | No. 3:11-CV-5714 <br><br> ORDER GRANTING PMA'S MOTION FOR CONFIRMATION AND ENFORCEMENT OF ARBITRATION AWARDS |

This matter came before the Court on Pacific Maritime Association's ("PMA's") Motion for Confirmation and Enforcement of the Arbitration Awards of the Oregon Area Arbitrator's and Coast Arbitrators' awards. Having reviewed the Motion and supporting materials, and any Opposition materials filed, the Court GRANTS PMA's Motion.

Federal labor policy strongly favors the resolution of labor disputes through arbitration. In furtherance of that policy, judicial scrutiny of an arbitrator's decision is *extremely* limited. *Southern Cal. Gas Co. v. Utility Workers Union, Local 132*, 265 F.3d 787, 792 (9th Cir. 2001)

(PROPOSED) ORDER GRANTING PMA'S MOTION FOR CONFIRMATION AND ENFORCEMENT OF ARBITRATION AWARDS - 1
Case No. 3:11-CV-5714
00218551.1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

(emphasis in original). Provided he/she is acting with the scope of his/her authority, and the arbitrator has "even arguably" applied the contract rather than applied his/her own notions of industrial justice, courts do not overturn an arbitrator's decision, unless the award violates public policy. *Id.* (citing *Eastern Associated Coal Corp. v. Mine Workers*, 531 U.S. 57, 62 (2000)). "As long as the arbitrator's award 'draws its essence from the collective bargaining agreement,' and is not merely 'his own brand of industrial justice,' the award is legitimate." *United Paper Workers International Union, et al. v. Misco, Inc.*, 484 U.S. 29, 36 (1987) (quoting *Steelworkers v. Enterprise Wheel & Car Corp.*, 363 U.S. 593, 596 (1960)).

Applying these standards, it is clear that the arbitrators' awards at issue in this case cannot be overturned by this Court. Accordingly, PMA's Motion is GRANTED. The Oregon Area Arbitrator's Award dated September 7, 2011, a copy of which is attached hereto as Exhibit A, shall be confirmed and enforced against defendant International Longshore and Warehouse Union Local 92. The Coast Arbitrator's Award dated September 7, 2011, a copy of which is attached hereto as Exhibit B, shall be confirmed and enforced against defendants International Longshore and Warehouse Union Locals 4, 8, 21, and 40. In accordance therewith, the Defendant Unions have the duty and responsibility to stop the subject work stoppages.

IT IS SO ORDERED.

DATE: October 11, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING PMA'S MOTION
FOR CONFIRMATION AND ENFORCEMENT OF
ARBITRATION AWARDS - 2
Case No. No. 3:11-CV-5714
00218551.1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

1 | Presented by:
2 |     /Richard F. Liebman
    Richard F. Liebman
3 |     WSBA No. 36019
    BARRAN LIEBMAN LLP
4 |     601 SW Second Ave. Ste. 2300
    Portland, OR 97204
5 |     Tel: 503-228-0500
    Fax: 503-274-1212
6 |     *Attorneys for Plaintiff Pacific Maritime Association*

(PROPOSED) ORDER GRANTING PMA'S MOTION FOR CONFIRMATION AND ENFORCEMENT OF ARBITRATION AWARDS - 3
Case No. No. 3:11-CV-5714
00218551.1